[No. 33841-2-I.    Division One.    May 22, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ERNEST FRIEDMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-01343-6, George T. Mattson, J., entered November 16, 1993. *Affirmed* by unpublished opinion per

Kennedy, A.C.J., concurred in by Becker, J., and Pekelis, J. Pro Tem.